# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:16-cr-00011-JAD-PAL |
| vs. | **ORDER** |
| BERJONIQUE WALTERS, | |
| Defendant. | |

This matter is before the Court on Defendant's Unopposed Motion to Modify Defendant's Conditions of Release (#15), filed on March 7, 2016. Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Modify Defendant's Conditions of Release (#15) is **granted** as follows:

1. Location Monitoring conditions 50B (Home Detention) and 51D (Global Position Satelite (GPS) monitoring) are removed from Defendant's conditions of release and from Defendant's Appearance Bond (#10).

2. Location Monitoring conditions 50A (Curfew) and 51C (Radio Frequency (RF) monitoring) are added as conditions of Defendant's release and Defendant's Appearance Bond (#10).

3. Defendant shall attend anger management counseling and Mental Health Treatment conditions 47, 48, and 49 are added as conditions of Defendant's release and Defendant's Appearance Bond (#10).

DATED this 8th day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge