# FILED

## UNDER

# SEAL

DANIEL G. BOGDEN
United States Attorney
ROBERT KNIEF
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,  ) | | Case No. 2:16-cr-11-JAD-PAL-1 |
| Plaintiff,  ) | | |
| ) | | |
| v.  ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| Brejonique WALTERS  ) | | <u>PRETRIAL RELEASE</u> |
| Defendant  ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Samira A. Barlow</u>, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this <u>4th</u> day of April, 2016.

DANIEL G. BOGDEN
United States Attorney

By  /S/
Robert Knief
Assistant U. S. Attorney

PS 8
(Revised 12/04)

**UNITED STATES DISTRICT COURT**
for the
**DISTRICT OF NEVADA**

U.S.A. vs. Brejonique WALTERS                                   Docket No. 2:16-cr-11-JAD-PAL-1

Petition for Action on Conditions of Pretrial Release

COMES NOW Samira A. Barlow, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Brejonique Walters, who was placed under pretrial release supervision by U.S. Magistrate Judge George W. Foley, Jr. in the Court at Las Vegas, Nevada, on February 3, 2016, on a Personal Recognizance Bond with the following conditions:

1. Pretrial Services supervision.
2. Shall use her true name only and shall not use any false identifiers.
3. Shall maintain current residence.
4. Shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services prior to any change.
5. Shall submit to an initial urinalysis. If positive, then condition #38 applies: Submit to drug testing as directed by Pretrial Services.
6. Shall pay all or part of the cost of the testing program based upon ability to pay.
7. Shall refrain from use or unlawful possession of a narcotic drug or other controlled substances unless prescribed by a licensed medical practitioner.
8. Shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.
9. Shall participate in the following location monitoring program components and abide by its requirements as Pretrial Services instructs.

    - The defendant is restricted to her residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by Pretrial Services.     (Home Detention)
    - Global Positioning Satelite (GPS)

10. Shall pay all or part of the cost of the location monitoring program based upon her ability to pay as determined by Pretrial Services.

On March 8, 2016, Judge Foley modified the defendant's bond by removing the following:

1. Shall participate in the following location monitoring program components and abide by its requirements as Pretrial Services instructs.

    - The defendant is restricted to her residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by Pretrial Services. (Home Detention)
    - Global Positioning Satelite (GPS)

On the same date, Judge Foley modified the defendant's bond by adding the following:

1.  Shall participate in the following location monitoring program components and abide by its requirements as Pretrial Services instructs.

    - The defendant is restricted to her residence every day at a time schedule deemed appropriate by

    Pretrial Services (Curfew).

    - Radio Frequency (RF)
2. Shall under go medical or psychiatric treatment/anger management.
3. Shall submit to a mental health evaluation as directed by Pretrial Services.
4. Shall pay all or part of the cost of the medical or psychiatric treatment program or evaluation based upon her ability to pay.

**Respectfully presenting Petition for Action of Court and for cause as follows:**

1. On February 9, 2016, the defendant visited an unauthorized location.
2. On March 20, 2016, the defendant failed to report for her scheduled drug test.
3. On this date, the defendant failed to return to her residence, and current whereabouts are unknown.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE.  FURTHER, THAT A HEARING BE SET TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this  5  day of April 2016, and ordered filed and made a part of the records in the above case.

_____
Honorable C.W. Hoffman, Jr.
United States Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct.
Executed on this 4th day of April 2016.

Respectfully Submitted,

_____
Samira A. Barlow
United States Pretrial Services Officer
Place: Las Vegas, Nevada