**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BREJONIQUE WALTERS,<br><br>Defendant. | Case No.: 2:16-cr-00011-JAD-PAL<br><br>**ORDER**<br>**ECF No. 76** |

## ORDER

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Government's response to Defendant's Motion for Early Termination of Supervised Release/Probation for Brejonique Walters, ECF No. 75, shall be filed and served on or before July 19, 2022.

DATED this 7th day of July, 2022.

By: _____
JUDGE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE